Warren Lipschitz*
wlipschitz@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Eliza Beeney*
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001-8603
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*pro hac vice application forthcoming*

*Attorneys for Applicant
Nokia Technologies Oy*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of Nokia Technologies Oy,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO.:<br><br>**DECLARATION OF WARREN LIPSCHITZ IN SUPPORT OF APPLICATION OF NOKIA TECHNOLOGIES OY FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS** |

I, Warren Lipschitz, hereby declare as follows:

1. I am an attorney at the law firm of McKool Smith P.C. ("McKool Smith"), counsel for Applicant Nokia Technologies Oy ("Nokia") in the above captioned action. I make this declaration in support of Nokia's Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"). I have personal knowledge of the facts set forth below and if called as a witness I could, and would, competently testify thereto.

2. Nokia owns European Patent No. EP 2 728 964 B1 and its Indian counterpart, Indian Patent No. 266531 (the "'964 Patent").

3. The '964 Patent is titled "Distributed multiradio controller" and relates to a system for managing multiple radio modems incorporated within a wireless communication device.

4. I am concurrently providing courtesy notice via email/overnight delivery to the General Counsel for Qualcomm and defendants in the relevant foreign proceedings that Nokia is filing the instant Application.

5. Attached hereto as **Exhibit 1** is a true and correct copy of the '964 Patent.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the proposed Rule 45 subpoena to Qualcomm Incorporated ("Qualcomm").

7. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from Qualcomm's 2020 Form 10-K confirming Qualcomm's principle place of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2021 at Dallas, Texas.

*Warren Lipschitz*
_____
Warren Lipschitz