# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Ex Parte* Application of Nokia Technologies Oy,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | CASE NO.: 3:21-mc-01011<br><br>**ORDER GRANTING NOKIA TECHNOLOGIES OY'S APPLICATION FOR LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS UNDER 28 U.S.C. § 1782** |

Upon consideration of the Ex Parte Application of Nokia Technologies Oy ("Nokia") for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings, the Memorandum in Support of Nokia's Ex Parte Application, and the Declarations of Warren Lipschitz, Christian Harmsen, and Rohin Koolwal, and exhibits attached thereto, and for good cause shown,

IT IS HEREBY ORDERED that the Application of Nokia is GRANTED, and Nokia is authorized, under 28 U.S.C. § 1782 and Rules 26, 30, and 45 of the Federal Rules of Civil Procedure, to serve Respondent Qualcomm Incorporated ("Qualcomm") with a subpoena to produce documents and deposition testimony as follows:

1. Documents sufficient to show the modules, chips, architectures, interfaces, Communications, and operations relevant to the Interaction for any wireless device including any of the following combinations of Qualcomm chips or chip subsystems:

   - SM8250, SDX55M, and QCA6391;
   - SM7125 with X15 LTE and WCN3988;
   - SM8150 with X24 LTE and WCN3998;
   - SM8350 with X60 5G and WCN6851;

2. Customer facing product guidelines, training materials, and/or Documents relating to the Interaction for any wireless device including any of the chips or chip subsystems mentioned in Request 1;

3. Documents sufficient to authenticate the Documents produced in response to Requests 1 to 2; and

4. Testimony sufficient to authenticate the documents produced in response to this subpoena.

The deadline for Respondent to comply with the subpoena shall be thirty days from service of the subpoena.

/ / /

/ / /

IT IS FURTHER ORDERED that Respondent shall preserve relevant documents in its possession, custody, or control.

Dated: September 9, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court