1  Warren Lipschitz
   Eliza Beeney
2  wlipschitz@mckoolsmith.com
   ebeeney@mckoolsmith.com
3  MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
4  Dallas, Texas 75201
   Telephone: (214) 978-4000
5  Facsimile: (214) 978-4044

6  James R. Patterson, SBN 211102
   jim@pattersonlawgroup.com
7  Jennifer M. French, SBN 265422
   jenn@pattersonlawgroup.com
8  PATTERSON LAW GROUP, APC
   1350 Columbia Street, Unit 603
9  San Diego, California 92101
   Telephone: (619) 756-6990
10 Facsimile: (619) 756-6991

11 *Attorneys for Applicant*
   *Nokia Technologies Oy*
12
   David Kays, SBN 120798
13 dkays@mffmlaw.com
   Donn Waslif, SBN 164538
14 dwaslif@mffmlaw.com
   Freeda Y. Lugo, SBN 244913
15 flugo@mffmlaw.com
   MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
16 333 W. San Carlos Street, Suite 1050
   San Jose, California 95110
17 Telephone: (408) 288-8288
   Facsimile: (408) 288-8325
18
   *Attorneys for Qualcomm Incorporated*
19

20              **UNITED STATES DISTRICT COURT**
21
                **SOUTHERN DISTRICT OF CALIFORNIA**
22

23 | *In Re Ex Parte* Application of Nokia Technologies Oy, | CASE NO.: 3:21-mc-01011 |
24 | | **JOINT MOTION FOR PROTECTIVE ORDER** |
25 | Applicant, | |
26 | For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Qualcomm Incorporated for use in Foreign Proceedings. | |
27 | | |
28

Applicant Nokia Technologies Oy ("Nokia") and Qualcomm Incorporated ("Qualcomm") hereby submit this joint motion for entry of a Protective Order to govern the disclosure and discovery activity of confidential, proprietary, or private information that is likely to be exchanged in this action.

WHEREAS, disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than the Foreign Actions (defined in the Proposed Protective Order) may be warranted. Accordingly, Nokia and Qualcomm hereby stipulate to and petition the court to enter the Proposed Protective Order attached hereto as Exhibit A.

**SO STIPULATED**

DATED: November 19, 2021

*/s/ Jennifer M. French*
Warren Lipschitz
Eliza Beeney
wlipschitz@mckoolsmith.com
ebeeney@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*Attorneys for Applicant*
*Nokia Technologies Oy*

*/s/ David Kays*
David Kays, SBN 120798
dkays@mffmlaw.com
Donn Waslif, SBN 164538

dwaslif@mffmlaw.com
Freeda Y. Lugo, SBN 244913
flugo@mffmlaw.com
MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, California 95110
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

*Attorneys for Qualcomm Incorporated*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedural Manual, I hereby certify that the content of this document is acceptable to David Kays, counsel for Qualcomm Incorporated, and that I have obtained Mr. Kays's authorization to affix his electronic signature to this document.

*/s/ Jennifer M. French*
James R. Patterson, SBN 211102
jim@pattersonlawgroup.com
Jennifer M. French, SBN 265422
jenn@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
1350 Columbia Street, Unit 603
San Diego, California 92101
Telephone: (619) 756-6990
Facsimile: (619) 756-6991

*Attorneys for Applicant Nokia Technologies Oy*
